U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 5 2012
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*****************************************

UNITED STATES OF AMERICA,

                Plaintiff,

       v.

YING ZHANG,

                Defendant.

*****************************************

Criminal Action No.
3:12-CR-114 (DEP)

**INFORMATION**

Vio: 18 U.S.C. § 1716
[1 count-misdemeanor]

[County of Offense: Tompkins]

**THE UNITED STATES ATTORNEY CHARGES:**

From on or about April 6, 2010 through May 18, 2010, in Tompkins County, within the Northern District of New York, and elsewhere, the defendant,

**YING ZHANG,**

did knowingly deposit for mailing and delivery items declared non-mailable by Title 18, United States Code, Section 1716, not in accordance with rules and regulations prescribed by the United States Postal Service, to wit: packages containing research reagents.

All in violation of Title 18, United States Code, Section 1716(j)(1).

Dated: March 5, 2012

RICHARD S. HARTUNIAN
United States Attorney

By: *[signature]*
Stephen C. Green
Assistant U.S. Attorney
Bar Roll No. 507767